IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-376-D

UNITED STATES OF AMERICA      :
                              :
     v.                       :
                              :
PHILLIP GILCHRIST BURROWS     :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on March 29, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to 18 U.S.C. § 922(g)(1) and 924, and agreeing to the forfeiture of the property listed in the March 29, 2010 Preliminary Order of Forfeiture, to wit:

**Firearms**

   (1) a Century Arms, Inc., Model: Golani Sporter, .223 caliber semi-automatic rifle,
   (2) a Ceska Zbrojovka, Model: 75-P-01, .9mm caliber semi-automatic pistol,

   (3) a Bersa, Model: Thunder 380, .380 caliber semi-automatic pistol, and
   (4) an R.B., Model: Fraser, .25 caliber pistol.

**Ammunition**

   (1) a quantity of Hornaby Luger, .9mm ammunition,
   (2) a quantity of R-P Remington, .223 caliber ammunition,
   (3) a quantity of 7.62 x 39 caliber pistol,
   (4) a quantity of Speer Gold Dot, .25 caliber ammunition,
   (5) a quantity of FC Luger, 9mm caliber ammunition,
   (6) a quantity of R-P, .380 caliber ammunition,
   (7) a quantity of PMC, .25 caliber ammunition.;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between May 6, 2010 and June 4, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's March 29, 2010 Preliminary Order of Forfeiture, other than those specifically mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the March 29, 2010 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

2

Case 5:09-cr-00376-D   Document 29   Filed 03/10/11   Page 2 of 3

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this __10__ of day __March__, 2011.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE

3