# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                  Crim. No. 5:09-CR-376-1D

**PHILLIP GILCHRIST BURROWS**

On January 14, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                           /s/ Timothy L. Gupton  
Michael C. Brittain                                 Timothy L. Gupton  
Supervising U.S. Probation Officer         U.S. Probation Officer  
                                                        310 New Bern Avenue, Room 610  
                                                        Raleigh, NC 27601-1441  
                                                        Phone: 919-861-8686  
                                                        Executed On: September 15, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __20__ day of __September__, 2017.

_/s/ J. Dever_  
James C. Dever III  
Chief U.S. District Judge